# ORDERS.

During the time of these Reports the Supreme Judicial Court made the following orders with respect to applications for leave to obtain further appellate review of cases decided by the Appeals Court.

February 20, 1998

*Further appellate review denied:*

ADOPTION OF BETHANY & another. Reported below: 44 Mass. App. Ct. 1107 (1997).

BALDWIN CRANE & EQUIPMENT CORP. *vs.* RILEY & RIELLY INSURANCE AGENCY, INC., & another. Reported below: 44 Mass. App. Ct. 29 (1997).

BOSTON FEDERAL SAVINGS BANK *vs.* JOHN H. KEFALAS, individually & as trustee; LOUISE TULLY MURPHY & others, third-party defendants. Reported below: 44 Mass. App. Ct. 1108 (1998).

COMMONWEALTH *vs.* FRANCIS BOLIEAU. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* DARRYL G. COX. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH *vs.* PHILIP DIBLASI. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH *vs.* AARON JACKSON. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* BENNY JIMENEZ. Reported below: 44 Mass. App. Ct. 1109 (1998).

COMMONWEALTH *vs.* SINETHONE MANISEY. Reported below as COMMONWEALTH *vs.* SOKHA VATH (and a companion case): 44 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* DONALD MORGAN. Reported below: 44 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* CANH N. PHAM. Reported below: 44 Mass. App. Ct. 1106 (1997).

COMMONWEALTH *vs.* RICARDO M. PINA. Reported below: 44 Mass. App. Ct. 1105 (1997).

COMMONWEALTH *vs.* JOHN E. PIRES. Reported below: 44 Mass. App. Ct. 1110 (1998).

COMMONWEALTH *vs.* DENNIS REDDY. Reported below: 44 Mass. App. Ct. 1107 (1997).

COMMONWEALTH *vs.* EDDIE ROBLES. Reported below: 44 Mass. App. Ct. 1108 (1998).

RALPH C. COPELAND *vs.* BOARD OF APPEAL ON MOTER VEHICLES LIABILITY POLICIES & BONDS & another. Reported below: 44 Mass. App. Ct. 1108 (1998).

M. GENEVIEVE CROSS *vs.* MASSACHUSETTS TEACHERS ASSOCIATION & another. Reported below: 44 Mass. App. Ct. 1109 (1998).

NORMA DONNARUMMA *vs.* BOSTON HOUSING AUTHORITY. Reported below: 44 Mass. App. Ct. 1108 (1998).

JENNIFER FINKEL *vs.* BOARD OF APPEAL ON MOTOR VEHICLE LIABILITY POLICIES & BONDS. Reported below: 44 Mass. App. Ct. 1105 (1997).

GERALD B. GALLAGHER & another *vs.* BOARD OF APPEALS OF ACTON & others. Reported below: 44 Mass. App. Ct. 906 (1997).

GUARDIANSHIP OF BRANDON. Reported below: 44 Mass. App. Ct. 1107 (1998).

IRENE ROBERTS *vs.* WORCESTER REDEVELOPEMENT AUTHORITY. Reported below: 44 Mass. App. Ct. 1105 (1997).

MATTHEW A. WELCH *vs.* EXECUTIVE OFFICE OF COMMUNITIES & DEVELOPMENT & others. Reported below: 44 Mass. App. Ct. 1103 (1997).